UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

RICKY CURRY                                                                PETITIONER

VS.                                         CIVIL ACTION NO. 3:19CV349-TSL-RPM

WARDEN C. NASH                                                            RESPONDENT

## ORDER

This cause is before the court on the report and recommendation of Magistrate Judge Robert P. Myers entered on November 8, 2021, recommending that Curry's § 2241 petition be dismissed. Petitioner Ricky Curry has not filed an objection and the time for doing so has expired. Having reviewed the report and recommendation, the court concludes that the report and recommendation is well taken and hereby adopts, as its own opinion, the magistrate judge's report and recommendation.

Based on the foregoing, it is ordered that the report and recommendation of United States Magistrate Robert P. Myers entered on November 8, 2021, be, and the same is hereby, adopted as the finding of this court. Accordingly, it is ordered that the petition is dismissed.

A separate judgment will be entered in accordance with Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED this 7th day of December, 2021.

/s/ Tom S. Lee_____
UNITED STATES DISTRICT JUDGE